IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WILLIE OTIS HARRIS, JR., #614647,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. **3:14-CV-0649-L** |
| § | |
| **WILLIAMS STEPHENS, Director** § | |
| **TDCJ-CID**, § | |
| § | |
| Respondent. § | |

## ORDER

Before the court is Petitioner's Request for Court to Produce Free Copies of Specific Documents (Doc. 9), filed stamped May 8, 2014. Petitioner's habeas corpus petition was determined by this court to be successive and transferred to the Fifth Circuit Court of Appeals for consideration. The Fifth Circuit subsequently directed Petitioner to file a motion for authorization to proceed in the district court and furnish certain documentation. Petitioner's request for copies pertains to the documentation that he was ordered by the Fifth Circuit to furnish.

Petitioner's motion for copies was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 14, 2014, recommending that the motion be denied without prejudice. As of the date of this order, no objections to the Report were received. Further, the record reflects that authorization to file a second or successive habeas petition was denied by the Fifth Circuit on May 8, 2014.

Accordingly, after reviewing the motion, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts**

**Order – Page 1**

them as those of the court; however, because the Fifth Circuit has denied authorization for Petitioner to file a second or successive habeas petition, the court **denies with prejudice** Petitioner's Request for Court to Produce Free Copies of Specific Documents (Doc. 9).

    **It is so ordered** this 30th day of May, 2014.

                                                        Sam A. Lindsay
                                                        United States District Judge